No. 448. Scandrett et al., Trustees, et al. *v.* United States et al.

Argued March 5, 1941. Decided March 10, 1941. *Per Curiam:* The judgment is affirmed. Interstate Commerce Act, §§ 15 (1); 15a (2) (41 Stat. 484, 488; 49 U. S. C. 15 (1), 15a (2)); *United States* v. *Louisiana,* 290 U. S. 70, 75–77; *Florida* v. *United States,* 292 U. S. 1, 9. *Mr. Roy F. Shields,* with whom *Messrs. J. N. Davis, Robert S. Macfarlane, Fletcher Rockwood, Charles A. Hart, Arthur C. Spencer,* and *Lawrence W. Hobbs* were on the brief, for appellants. *Mr. Frank Coleman,* with whom *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Warner W. Gardner, James C. Wilson, Daniel W. Knowlton,* and *Nelson Thomas* were on the brief, for the United States et al.; and *Mr. Albert E. Stephan* for Dependable Tank Transport, Inc., et al., appellees. *Mr. Johnston B. Campbell* submitted for Inland Empire Waterways Assn. et al.; and *Mr. Harry Ellsworth Foster* submitted for International Brotherhood of Teamsters, Chauffeurs, etc., appellees.

No. 556. Early, Collector of Internal Revenue, *v.* Reid.

March 10, 1941. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is affirmed. *Helvering* v. *Hutchings,* 312 U. S. 393. *Solicitor General Biddle* for petitioner.